

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
197 South Main Street • Suite 161
Wilkes-Barre, PA 18701

AUG 1 0 2015



**Joseph F. Saporito, Jr.**
United States Magistrate Judge

Tel. (570) 831-2570
Fax (570) 821-4009
magistrate_judge_saporito
@pamd.uscourts.gov

August 7, 2015

Office of the Clerk
United States District Court
District of Connecticut
Brien McMahon Federal Building and
United States Courthouse
915 Lafayette Boulevard, Room 400
Bridgeport, CT 06604-4706

AUG 1 0 2015

    RE: **USA v. Randi Feliciano**
          **M.D. Pa. Criminal Number 5:MJ-15-0057**
          **District of Connecticut Case No. 3:15-CR-34 (WWE)**

Dear Clerk:

    Enclosed please find copies of the docket sheet and documents pertaining to the above Defendant, who appeared before Magistrate Judge Joseph F. Saporito, Jr., on August 7, 2015.

    Please acknowledge receipt of the same by returning a copy of this letter to the above address.

          Sincerely yours,

          MARIA ELKINS, Clerk

          **s/ Mary Rose Schirra**
          Mary Rose Schirra
          Deputy Clerk

encs.

# United States District Court
## Middle District of Pennsylvania (Wilkes-Barre)
### CRIMINAL DOCKET FOR CASE #: 5:15-mj-00057-JFS-1

Case title: USA v. Feliciano  
Other court case number: 3:15-CR-34 (WWE) District of Connecticut

Date Filed: 08/03/2015

Assigned to: Magistrate Judge Joseph F. Saporito, Jr

**Defendant (1)**

**Randi Feliciano**    represented by **Ingrid S. Cronin**  
Federal Public Defender.  
116 North Washington Ave.  
Suite 2C  
Scranton, PA 18503 - 1800  
570-343-6285  
Fax: 570-343-6225  
Email: ingrid_cronin@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| BANK ROBBERY BY FORCE OR VIOLENCE (3) | |

**Highest Offense Level (Opening)**  
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**  
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA  represented by  **Robert J. O'Hara**
Office of the U.S. Attorney
William J. Nealon Federal Building
235 North Washington Avenue
Scranton, PA 18501
570-348-2800
Email: robert.O'Hara@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2015 |   | THIRD SUPERSEDING INDICTMENT filed in USDC District of Conecticut as to Randi Feliciano (1) count(s) 3. (ms) (Entered: 08/03/2015) |
| 08/03/2015 | 1 | Rule 5(c)(3) Documents Received as to Randi Feliciano (Third Superseding Indictment and Arrest Warrant, USDC District of Connecticut) (ms) (Entered: 08/03/2015) |
| 08/03/2015 | 2 | Application for Writ of Habeas Corpus ad Prosequendum as to Randi Feliciano (Attachments: # 1 proposed writ)(O'Hara, Robert) (Entered: 08/03/2015) |
| 08/03/2015 | 3 | Writ of Habeas Corpus ad Prosequendum Issued as to Randi Feliciano for 8/7/15at 10:00 a.m. in Wilkes-Barre, Courtroom 1.(ms)(Copy to DUSM Babcanec and DUSM Jenkins from Chambers) (Entered: 08/03/2015) |
| 08/07/2015 | 5 | CJA 23 Financial Affidavit by Randi Feliciano (ms) (Entered: 08/07/2015) |
| 08/07/2015 | 6 | ORDER APPOINTING CJA ATTORNEY OR FEDERAL PUBLIC DEFENDER as to Randi Feliciano. Federal Public Defender, Scranton, Ingrid S. Cronin, appointed. Signed by Magistrate Judge Joseph F. Saporito, Jr on 8/7/15. (ms) (Entered: 08/07/2015) |
| 08/07/2015 | 7 | WAIVER of Rule 5(c)(3) Hearings by Randi Feliciano (ms) (Entered: 08/07/2015) |
| 08/07/2015 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Randi Feliciano. Signed by Magistrate Judge Joseph F. Saporito, Jr on 8/7/15. (ms)(Copy to Scranton Marshal from Chambers) (Entered: 08/07/2015) |
| 08/07/2015 | 9 | LETTER from Clerk, USDC,MDPA, to Clerk, USDC, District of Connecticut, re: Randi Feliciano, transmitting copy of docket sheet and documents from Rule 5/Rule 40 held before USMJ Joseph F. Saporito Jr. on 8/7/15 (ms) (Entered: 08/07/2015) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 08/10/2015 15:29:27 |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA



## MINUTE SHEET

USA v. Randi Feliciano                              5:MJ-15-0057

**DATE:** August 7, 2015

**TIME COMMENCED:**   10:10 a.m.   **COMPLETED**   10:20 a.m.

**NATURE OF HEARING:** Rule 5 and Rule 40

**BEFORE:** JOSEPH F. SAPORITO, JR., US MAGISTRATE JUDGE

**COUNSEL:**

**PLAINTIFF:** John Gurganus, AUSA   **DEFENDANT:** Ingrid Cronin, AFPD

**REMARKS:** Government calls case and explains charges against Defendant. Court explains proceedings and advises Defendant of his rights, including the right to counsel. Court reviews Defendant's financial affidavit and appoints the Federal Public Defender to represent Defendant. Defendant waives the issue of identity in the Middle District of Pennsylvania. Waiver form signed by Defendant and his attorney.

Government requests that Defendant remain in custody until his transfer to the District of Connecticut. Defendant waives the issue of detention. Court orders Defendant to remain in custody until he is returned to the District of Connecticut by the USMS.

**COURT ROOM DEPUTY:** M. Schirra          **COURT REPORTER:** NONE; recorded *via Audacity*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | 5:15-MJ-0057 |
| v. | |
| RANDI FELICIANO, | (Magistrate Judge Saporito) |
| Defendant | |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

**AND NOW,** this 7th day of **August, 2015,** the above named Defendant having appeared before this Court and having been sworn to testify truthfully as to his/her financial ability to hire counsel, and the Court being satisfied as a result thereof that the above named Defendant is financially unable to obtain counsel;

**IT IS ORDERED** that the **FEDERAL PUBLIC DEFENDER**, Suite 2C, 116 North Washington Avenue, Scranton, Pennsylvania, is hereby appointed to represent the Defendant in all matters pertaining to these proceedings.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge



FILED
WILKES BARRE
AUG 0 7 2015
Per_____ MS

# UNITED STATES DISTRICT COURT
for the MIDDLE
District of PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:15-MJ-0057 |
| | ) | |
| | ) | Charging District's Case No. |
| RANDI FELICIANO | ) | 3:15-CR-34 (WWE) |
| *Defendant* | ) | |

FILED WILKES BARRE
AUG 7 2015
Per MG

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Connecticut

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: August 7, 2015

*Defendant's signature*

*Signature of defendant's attorney*

Ingrid Cronin
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:15-MJ-0057 |
| | ) | |
| RANDI FELICIANO | ) | Charging District's |
| *Defendant* | ) | Case No. 3:15-CR-34 (WWE) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Connecticut,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:   ☐ will retain an attorney.
                 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: Aug 7, 2015

*Judge's signature*

JOSEPH F. SAPORITO, JR., United States Magistrate Judge
*Printed name and title*