AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| United States of America<br>v.<br>Randi Feliciano<br><br>*Defendant* | ) ) ) ) ) ) | Case No. 3:15cr34 (WWE) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Randi Feliciano

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  3rd ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:2113 Conspiracy to Commit Bank Robbery, 18:2113(a), 2113(d) and 2 Armed Bank Robbery, 2119(1) and 2 Carjacking

Date: 07/24/2015

*Issuing officer's signature*

City and state: Bridgeport, Connecticut

Kenneth R. Ghilardi, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/24/15, and the person was arrested on *(date)* 8/4/15
at *(city and state)* Scranton PA.

Date: 8/18/15

*Arresting officer's signature*

MICHAEL NOVAK, USMS WARRANT COORD
*Printed name and title*

[FILED SEP 9 PM 12:25 US DISTRICT COURT NEW HAVEN CT]