UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------- :
UNITED STATES OF AMERICA    :    No. 3:15cr34 (WWE)
                            :
v.                          :
                            :
RANDI FELICIANO             :    September 30, 2015
------------------------------------------- :

## **MOTION TO CONTINUE JURY SELECTION**

Defendant Randi Feliciano, by and through his undersigned counsel, respectfully moves the court to continue the currently-set jury selection date of October 29, 2015, and all related dates, by 90 days, to a time in or about the first part of February, 2016.

In support of this motion, undersigned counsel represents:

1. Undersigned counsel is CJA counsel for Defendant Feliciano.

2. Undersigned counsel's first meeting with Defendant Feliciano took place on September 9, 2015. That is the date that Defendant Feliciano was first presented in this court following his transfer from his previous location, which counsel understands to have been Pennsylvania.

3. Counsel's initial conversation with Defendant Feliciano, coupled with his discussions with other counsel involved in the case, demonstrates that the additional time requested is required in order for counsel to be adequately prepared to provide effective assistance in this matter.

It is hereby requested, therefore, that the court continue jury selection to a time no sooner than February 1, 2016 and that the court issue a scheduling

order resetting the remaining deadlines in a manner which coincides with this request.

Undersigned counsel has consulted with AUSA Raul Kale and with counsel for both remaining defendants. All are in accord, and there is no objection to the granting of this motion.

This is defendant's first request for a continuance of jury selection.

        Respectfully submitted,
        DEFENDANT RANDI FELICIANO

           /s/ Robert J. Sullivan, Jr.
    By_____
      Robert J. Sullivan, Jr.
      LAW OFFICES OF ROBERT SULLIVAN
      190 Main Street
      Westport, Connecticut 06880
      Tel. No. (203) 227-1404
      Federal Bar No. CT08969
      RSullivan@SullivanFirm.net

# **CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2015, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Robert J. Sullivan, Jr.
_____
    Robert J. Sullivan, Jr.