UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 3:15cr034 (JAM) |
| v. : | |
| : | April 22, 2016 |
| RANDI FELICIANO : | |

**MOTION TO POSTPONE PLEA**

Defendant Randi Feliciano, by and through his undersigned counsel, respectfully moves this court to postpone the currently-set plea hearing date of April 25, 2016, to such later time as the court may deem suitable.  In support of this motion, defendant represents:

On April 8, 2016, Mr. Feliciano appeared before this court for the purpose of entering a plea. At that time, certain medical concerns led the court and the parties to question Mr. Feliciano's competence to enter a plea. The plea did not go forward, and the court rescheduled the plea to April 25, 2016.

This week, certain medical symptoms surfaced which have increased undersigned counsel's concern over Mr. Feliciano's competence to enter a plea. Counsel respectfully requests, therefore, that the currently scheduled plea date be postponed and that the court entertain a motion, to be filed by counsel, to have Mr. Feliciano examined by a medical professional to determine his state of well-being as it relates to his competence to enter a plea.

Undersigned counsel is advised that the government does not object to the granting of this motion.

      For the reasons set forth herein, therefore, Defendant Feliciano, by and though undersigned counsel, respectfully requests that the court postpone the currently-set plea hearing date of April 25, 2016 to such later time as the court may deem suitable.

      This is defendant Feliciano's first motion to postpone plea hearing.

                              Respectfully submitted,
                              DEFENDANT RANDI FELICIANO

                              /s/ Robert J. Sullivan, Jr.
                By_____
                  Robert J. Sullivan, Jr.
                  LAW OFFICES OF ROBERT SULLIVAN
                  190 Main Street
                  Westport, Connecticut 06880
                  Tel. No. 203/227-1404
                  Federal Bar No. CT08969

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 22, 2016April 22, 2016, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

            /s/ Robert J. Sullivan, Jr.
            _____
            Robert J. Sullivan, Jr.