UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 3:15cr034 (JAM) |
| v. : | |
| : | April 29, 2016 |
| RANDI FELICIANO : | |

## **MOTION TO STAY**

Defendant Randi Feliciano, by and through his undersigned counsel, respectfully moves this honorable court to stay the entry of the plea in the above-captioned matter and authorize undersigned CJA counsel to make arrangements to obtain a medical evaluation for Defendant Feliciano.

Undersigned counsel is advised that the government does not object to the granting of this motion.

Wherefore, Defendant Feliciano, by and though undersigned counsel, respectfully requests that the court stay the entry of the plea and authorize undersigned CJA counsel to make arrangements to obtain a medical evaluation for Defendant Feliciano.

                                              Respectfully submitted,
                                              DEFENDANT RANDI FELICIANO

                                              /s/ Robert J. Sullivan, Jr.
                            By_____
                              Robert J. Sullivan, Jr.
                              LAW OFFICES OF ROBERT SULLIVAN
                              190 Main Street
                              Westport, Connecticut 06880
                              Tel. No. 203/227-1404
                              Federal Bar No. CT08969

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2016, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ Robert J. Sullivan, Jr.
      _____
      Robert J. Sullivan, Jr.