UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 3:15cr034 (JAM) |
| v. | : | |
| | : | June 3, 2016 |
| RANDI FELICIANO | : | |

## **MOTION TO STAY**

Defendant Randi Feliciano, by and through his undersigned counsel, respectfully moves this honorable court to stay further proceedings in this matter, including the previously scheduled entry of the plea, pending completion of a medical examination relating to Defendant Feliciano.

Undersigned counsel is advised that the government does not object to the granting of this motion.

Wherefore, Defendant Feliciano, by and though undersigned counsel, respectfully requests that the court stay the entry of the plea and authorize undersigned CJA counsel to complete the contemplated medical evaluation of Defendant Feliciano.

                                        Respectfully submitted,
                                        DEFENDANT RANDI FELICIANO


                                                /s/ Robert J. Sullivan, Jr.
                                        By_____
                                          Robert J. Sullivan, Jr.
                                          LAW OFFICES OF ROBERT SULLIVAN
                                          190 Main Street
                                          Westport, Connecticut 06880
                                          Tel. No. 203/227-1404
                                          Federal Bar No. CT08969

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2016, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.


/s/ Robert J. Sullivan, Jr.
_____
Robert J. Sullivan, Jr.