5/23/16

Honorable Judge: Jeffrey A. Meyer,

    Sir, I'm writing this letter as a concerned father. I'm concerned about my son Randi Feliciano mental well being. I'm no Doctor, but truely it is knowledgeable that he is; "There is something wrong; mentally with him. He needs to be evaluated by a professional psycologist.

    I've spoken to everyone I could concerning this matter, now I'm pleading/asking for the courts help to resolve this matter. Thank you for your time, and listening.

                Sincerely Yours!
                Mr. Bomani Africa

Bomani Africa 72097-066
Wyatt Detention Center
950 High Street
Central Falls, RI 02863