UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 3:15cr034(JAM) |
| v. : | |
| : | July 21, 2016 |
| RANDI FELICIANO : | |

## **STATUS REPORT**

Defendant RANDI FELICIANO, by and through his undersigned counsel, respectfully submits his status report as follows:

At a time predating April 8, 2016, Defendant Feliciano agreed to enter a plea of guilty to certain charges in connection with the indictment handed up in the above-captioned case. The court set down April 8, 2016 as the date for the entry of said plea. On April 8, 2016 defendant Feliciano appeared before this court for the purpose of entering a plea, expressing his continued desire to enter the plea. At that time, however, his responses to the court suggested the need to have him examined to confirm his capacity to enter said plea. Thereafter, the court entered orders directed toward having him examined by competent medical experts for the purpose of determining his competency to participate in the proceedings. The examination has taken place and a written report setting forth the findings of said experts is submitted herewith.

                                                Respectfully submitted,
                                                DEFENDANT RANDI FELICIANO

                                                /s/ Robert J. Sullivan, Jr.
                         By_____
                             Robert J. Sullivan, Jr.
                             LAW OFFICES OF ROBERT SULLIVAN
                             190 Main Street
                             Westport, Connecticut 06880
                             Tel. No. 203/227-1404
                             Federal Bar No. CT08969
                             RSullivan@SullivanFirm.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2016, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                              /s/ Robert J. Sullivan, Jr.
                                              _____
                                                Robert J. Sullivan, Jr.