UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 3:15cr034 (JAM) |
| v. : | |
| : | August 24, 2016 |
| RANDI FELICIANO : | |

## **MOTION TO CONTINUE JURY SELECTION**

Defendant Randi Feliciano, by and through his undersigned counsel, respectfully moves the court to continue the jury selection date from its current setting of September 8, 2016 in accordance with and for the reasons set for below. In support of this motion, defendant represents:

At a time pre-dating April 8, 2016, Defendant Feliciano agreed to enter a plea of guilty to certain charges in connection with the indictment handed up in the above-captioned case. The court set down April 8, 2016 as the date for the entry of said plea. On April 8, 2016, defendant Feliciano appeared before this court for the purpose of entering a plea, and expressed his continued desire to enter said plea. At that time, however, his responses to the court suggested the need to have him examined to confirm his capacity to enter a plea. Thereafter, the court entered orders directed toward having him examined by competent medical experts for the purpose of determining his competency to participate in the proceedings. The examination has taken place and a written report setting forth the findings of said experts has been submitted to the court.

Undersigned counsel represents that it continues to be the intention of counsel and Defendant Feliciano that a plea will be entered. It is the opinion of undersigned counsel, however and that of government counsel, that a pre-plea conference to discuss the findings of the above-referenced competency evaluation and their anticipated impact, if any, on the plea proceedings, is warranted.

Defendant Feliciano, therefore, by and through undersigned counsel, respectfully moves this court to vacate the currently set jury selection date, and schedule a pre-plea conference to take place at a time in mid-to-late September, 2016, or such other time as is convenient to the court.

AUSA Rahul Kale has advised counsel that the government has no objection to this request.

This is defendant Feliciano's third request for a continuance of jury selection.

>Respectfully submitted,
>DEFENDANT RANDI FELICIANO
>
>           /s/ Robert J. Sullivan, Jr.
>By_____
>  Robert J. Sullivan, Jr.
>  LAW OFFICES OF ROBERT SULLIVAN
>  190 Main Street
>  Westport, Connecticut 06880
>  Tel. No. 203/227-1404
>  Federal Bar No. CT08969

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 24, 2016, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                /s/ Robert J. Sullivan, Jr.
                _____
                 Robert J. Sullivan, Jr.