UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:15cr034(JAM) |
| | : | |
| v. | : | |
| | : | |
| RANDI FELICIANO | : | November 14, 2016 |

## MOTION TO CONTINUE SENTENCING

Defendant Randi Feliciano, by and through his undersigned counsel, respectfully moves this court to continue the currently-set sentencing date of January 3, 2017, and all related disclosure dates, by 30 days. In support of this motion, defendant represents:

Notwithstanding the best efforts of both the Probation Officer and undersigned counsel, the scheduled interview date has had to be postponed due to circumstances beyond their control. In particular, undersigned counsel's calendar has been beset by a significant number of conflicts. Defendant Feliciano is housed at the Wyatt detention facility which is a five-hour drive, round-trip drive, assuming good traffic. Counsel also attempted to have Mr. Feliciano brought in on the Wyatt transportation vehicle, but was unable to coordinate it with the dates available to counsel and the Probation Officer.

Little time remains, given the currently set schedule and holiday season, to fully and thoroughly complete all follow-up tasks required for the parties to be fully prepared to address all sentencing issues.

Defendant Feliciano, by and through his undersigned counsel, therefore respectfully requests that the sentencing date and all related disclosure dates be continued for 30 days.

Undersigned counsel has been advised by counsel for the government that the government has no objection to the granting of this motion to continue the sentencing date and all related disclosure dates.

This is Defendant Feliciano's first motion to continue sentencing.

                                        Respectfully submitted,
                                        DEFENDANT RANDI FELICIANO

                                                    /s/ Robert J. Sullivan, Jr.
By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, Connecticut 06880
  Tel. No. (203) 227-1404
  Federal Bar No. CT08969
  RSullivan@SullivanFirm.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2016, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ Robert J. Sullivan, Jr.
_____
      Robert J. Sullivan, Jr.