UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------- :
                                            :
UNITED STATES OF AMERICA                    :  3:15-cr-034(JAM)
                                            :
     v.                                     :
                                            :
RANDI FELICIANO                             :  February 8, 2017
                                            :
------------------------------------------- :

## DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Defendant Randi Feliciano was raised by his drug addicted mother without the help of his incarcerated father. Mr. Feliciano's extended family helped him where they could while growing up, but it appears as though Mr. Feliciano spent much of his early life fending for himself. With limited parental guidance, Mr. Feliciano was left to navigate the world with little resources at his disposal. Through her drug use, his mother became ill and passed away in 2007. PSR Par. 81

Notwithstanding the lack of parental support, Mr. Feliciano graduated high school and began to attend college at Passaic County Community College. He became a certified emergency medical technician. He is cardio-pulmonary resuscitation certified. He has a forklift operator's certificate and has worked as a forklift operator. He has worked for ambulance services, a security service and for the New Jersey Department of Correction as a correctional officer.

In 2014, however, Mr. Feliciano's life circumstances were caving in around him. He was struggling to assemble the funds needed to obtain a place to live (PSR Par. 42). He had a great relationship with his two children, Joshua 8 and Noah, 4, but was involved in an ugly custody battle with their mother. When his legal efforts began to gain ground, the mother asserted sexual assault charges against him. He has been fighting the charges, which are still pending, insisting that they were fabricated in order to ruin his chances of success in the custody proceedings. Undersigned counsel

has spoken with the attorney representing Mr. Feliciano in that case who advises that Mr. Feliciano is, indeed, taking the matter to trial.

Mr. Feliciano's father, Bomani Africa[1] had re-entered his life after having spent most of his life in jail. "Mr. Feliciano developed a close bond with Mr. Africa and wished, as he always had, to foster a good relationship with Mr. Africa" PSR Par 46. Mr. Feliciano did not plan or set out to rob banks. He knew nothing of the towns of Trumbull or Stratford, CT. Though he readily admits to knowingly participating in the second robbery (First Niagara in Stratford, CT) with Mr. Africa, he reports that he did not know about the intended robbery of the Peoples bank in Trumbull, CT until it was almost over. All he knew before that robbery was that an opportunity had presented itself to his father to procure some money which would help Mr. Feliciano deal with his financial pressures. He declined to plead guilty to the Trumbull Robbery for that reason, but has insisted on bearing responsibility for paying back the money from the Trumbull robbery, since he received some of the proceeds.

PSR Par 8 discusses findings reported by psychiatrists who examined Mr. Feliciano before the entry of the plea in this case. It sets forth psychiatric diagnoses which explain behaviors which had raised concerns among counsel and the court. Undersigned counsel respectfully suggests that the diagnoses may also explain Mr. Feliciano's reluctance to sign the standard waiver forms referenced in PSR Par. 39. Mr. Feliciano declined to sign any form until he had a chance to review and fully understand it. He was particularly concerned about language pursuant to which he

---

[1] Counsel is informed that his father Baxter Keyes changed his name to Bomani Africa in connection with this association with MOVE, the black liberation group founded by John Africa which experienced notoriety in the late 70's and early 80's.

would "waive rights." Mr. Feliciano has, since then, reviewed, understood and signed the forms, which have been returned to U.S. Probation Officer Ferreras.

Defendant Feliciano respectfully requests, therefore, that the court recognize Mr. Feliciano to be a good man who survived significant childhood and adult challenges, only to succumb to the pressures of life when the father he longed for re-entered his life. He respectfully requests that the court impose a sentence which is consistent with the plea agreement into which he has entered, and the findings set forth in the PSR.

Respectfully submitted,
DEFENDANT RANDI FELICIANO

/s/ Robert J. Sullivan, Jr.
By_____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main Street
Westport, Connecticut 06880
Tel. No. 203/227-1404
Federal Bar No. CT08969

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 8, 2017, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

          /s/ Robert J. Sullivan, Jr.
          _____
           Robert J. Sullivan, Jr.