from= Randi feliciano = 72810-067
to= Honorable Jeffrey A, meyer how are you doing sir the last time I came to court to get sentens u sentens me to 4 years (I have 30 months in so farr). u granted (and I have all my good time) me to go to my home jail witch is fork dicks New Jersey and 6 month halfway house I am stuck in pensilwania in the hole for no reason this is not my home jail or my halfway house I am past my halfay house time 4 months past and I let the head people managemen and conslors kno that this wass orderd from you Jeffey A, meyers and the judge and court orderd they kep ingnoring me can you please send somingover hear sir so they con realease me to a halway house or on my way on

the next Buss out of hear thank you sir Judge A meyers and my lawer is Robert, Sullivan JR and the adreasst hear is schuylkill tci po Box 759 minersville, pa 17954 thank you sir lookin forduard to hear from you soon so I can go on my way to my halfway house close to wear my family is at they are expekting me thank you very much sir Judge A megers.